Jimmy Wayne VON BIEBERSTEIN, Petitioner-Appellant,

v.

Dr. George J. BETO, Director, Texas Department of Corrections, Respondent-Appellee.

No. 71–2670

Summary Calendar.†

United States Court of Appeals, Fifth Circuit.

Nov. 18, 1971.

Hubert L. Gill, Austin, Tex. (Court-appointed), for petitioner-appellant.

Crawford C. Martin, Atty. Gen. of Tex., Robert Darden, Asst. Atty. Gen., Nola White, First Asst. Atty. Gen., Al-

---

* The Honorable Ray McNichols, United States District Judge for the District of Idaho, sitting by designation.

† Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of N. Y., 431 F.2d 409, Part I (5th Cir. 1970).

**950**

fred Walker, Executive Asst. Atty. Gen., Robert C. Flowers, Asst. Atty. Gen., Austin, Tex., for appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. *See* Fifth Circuit Local Rule 21.[1,2]

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

2. Appellant asserts: (1) His plea of guilty was not knowing and voluntary due to systemic effects of withdrawal from the use of narcotic drugs; (2) He did not receive the assistance of effective counsel.

